UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SERGEI SILAKOV,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; MARKWAYNE MULLIN, US Secretary of Homeland Security;,<br><br>    Respondents. | Case No. 2:26-cv-01632-TMC<br><br>ORDER OF TRANSFER |

## I.    INTRODUCTION

Before this Court is self-represented petitioner Sergei Silakov's petition for writ of habeas corpus. Dkt. 1. Upon review of the docket, the Court orders the transfer of this matter to the United States District Court for the Southern District of California.

## II.    BACKGROUND

Mr. Silakov, a Russian national, first entered the United States in 1996. Dkt. 1 at 9. He resides in Washington state. *Id.* at 14. Mr. Silakov visited a cancer clinic in Tijuana, Mexico on December 22, 2025. *Id.* at 11. He returned to the United States on February 18, 2026, and was arrested by the Department of Homeland Security. *Id.* at 14. Mr. Silakov was eventually

ORDER OF TRANSFER - 1

transferred to Otay Mesa Detention Center, located in San Diego, California, where he remains detained. *Id.* at 1. The instant petition was filed on May 5, 2026. *Id.*

### III.   LEGAL STANDARD

"District courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)). "The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Id.*

### IV.   DISCUSSION

Mr. Silakov is detained within Otay Mesa Detention Center, which is located within the Southern District of California. Dkt. 1 at 1. Venue is improper in this district. Accordingly, pursuant to 28 U.S.C. § 1404(a), the Court transfers this matter to the United States District Court for the Southern District of California as it is in the interest of justice.

### V.   CONCLUSION

Upon review of the docket, the Court orders this matter to be immediately transferred to the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1404(a).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 14th day of May, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER OF TRANSFER - 2