UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI SILAKOV,<br><br>                                Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al.,<br><br>                                Respondents. | Case No.:  3:26-cv-3092-CAB-MSB<br><br>**ORDER:**<br><br>**(1) DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS; and**<br><br>**(2) VACATING BRIEFING SCHEDULE AND HEARING.** |

Petitioner Sergei Silakov, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").] However, Petitioner already has another pending petition that this Court recently referred to Federal Defenders of San Diego, Inc. to consider appointment as counsel.  [*See* Case No. 3:26-cv-2301-CAB-VET at Doc. No. 7.]

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).  Here, the Petition provides no new information or grounds for relief that are not raised in the petition pending before this Court.  Therefore, the Court **DISMISSES** the Petition.

1

The Court also **VACATES** (1) the pending briefing schedule and (2) the hearing scheduled for June 8, 2026 in this case.  [Doc. No. 6.]

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: May 27, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-3092-CAB-MSB